19478. BIVINGS *v.* CITY OF ATLANTA *et al.*

MOBLEY, Justice. The plaintiff in error seeks to have reviewed a judgment sustaining a general demurrer to his petition for a declaratory judgment. His petition does not allege any basis for equitable relief, nor is it converted into an equitable action by virtue of a prayer for an injunction to maintain the status of the parties until the legal questions presented therein may be settled. *Milwaukee Mechanics' Ins. Co.* v. *Davis,* 204 *Ga.* 67, 70 (48 S. E. 2d 876); *Findley* v. *City of Vidalia,* 204 *Ga.* 279 (49 S. E. 2d 658); *Georgia Casualty & Surety Co.* v. *Turner,* 208 *Ga.* 782 (60 S. E. 2d 771); *Peoples* v. *Bass,* 211 *Ga.* 802 (89 S. E. 2d 171). The petition involves only questions of law which the Court of Appeals, and not this court, has jurisdiction to decide. Therefore, the case must be *Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED SEPTEMBER 11, 1956—DECIDED SEPTEMBER 13, 1956—REHEARING DENIED OCTOBER 11, 1956.

*Alex McLennan, Robert A. Blackwood,* for plaintiff in error.
*J. C. Savage, J. M. B. Bloodworth, Henry L. Bowden, Newell Edenfield, Robert S. Wiggins, Ferrin Y. Matthews, John L. Westmoreland, John L. Westmoreland, Jr., G. Ernest Tidwell,* contra.